IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LAKIZZY THORNTON, ) | |
| individually and as the ) | |
| and next friend of A.T., ) | |
| a minor, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:13cv750-MHT |
| ) | (WO) |
| STATE FARM MUTUAL ) | |
| AUTOMOBILE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|     Defendant. ) | |

ORDER

Plaintiff having stipulated that she will claim less than the jurisdictional amount, see Standard Fire Ins. Co. v. Knowles, ____ U.S. ____, ____, 133 S. Ct. 1345, 1350 (2013), and based on the representations made on the record on December 6, 2013, it is ORDERED as follows:

(1) Plaintiff's motion to remand (doc. no. 5) is granted.

(2) This cause is remanded to the Circuit Court of Montgomery County, Alabama.

    **The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

    **This case is closed in this court.**

    **DONE, this the 9th day of December, 2013.**


                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**